**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

CHRISTOPHER STOWE, HERB MEYEROWITZ, JIM FALLOW, JAY LITTLE, MAVERICK WATSON and HEIDI FENTON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HEARST MAGAZINE MEDIA, INC., d/b/a BICYCLING

Defendant.

C.A. No. 25-1128-RGA

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Plaintiffs Christopher Stowe, Herb Meyerowitz, Jim Fallow, Jay Little, Maverick Watson and Heidi Fenton filed their Class Action Complaint on September 10, 2025. (D.I. 1.)

WHEREAS, Defendant Hearst Magazine Media, Inc. returned a waiver of service on September 12, 2025, which was filed on September 15, 2025. (D.I. 3.)

WHEREAS, Defendant's time to respond to the Complaint is November 12, 2025, (60 days from September 12, 2025). (D.I. 3.)

WHEREAS, Defendant intends to file a motion to compel arbitration in response to Plaintiffs' Complaint.

WHEREAS, the parties have met and conferred and in the interest of conserving the parties' and judicial resources have agreed to the below schedule.

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective undersigned counsel, subject to the approval of the Court, as follows:

1. Defendant will file its motion to compel arbitration on or before November 12, 2025.
2. Plaintiffs will respond to Defendant's motion to compel arbitration on or before December 15, 2025. Defendant will file its reply on or before January 8, 2025.
3. The time for Defendant to move, answer or otherwise respond to the Complaint shall be extended through and until 30 days after the Court issues an order resolving Defendant's motion to compel arbitration.
4. If Defendant files a motion to dismiss the Complaint pursuant to paragraph 3, Plaintiffs' time to oppose the motion to dismiss shall be extended through and until 30 days after Defendant files the motion to dismiss. Defendant's time to reply shall be extended through and until 21 days after Plaintiffs oppose the motion.

[Signature Page Follows]

Dated: October 23, 2025

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (No. 3569)
*DeLeeuw Law LLC*
1301 Walnut Green Rd.
Wilmington, DE 19807
Tel. (302) 274-2180
Fax: (302) 351-6905
brad@deleeuwlaw.com

Mark S. Reich*
Michael N. Pollack*
*Levi & Korsinsky, LLP*
33 Whitehall Street, 17th fl.
New York, NY 10004
Tel. (212) 363-7500
Fax: (212) 363-7171
mreich@zlk.com
mpollack@zlk.com

**Pro hac vice forthcoming*

*Attorneys for Plaintiffs*

*/s/ Lesley F. Wolf*
Lesley F. Wolf (No. 7348)
*Ballard Spahr LLP*
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Tel: (302) 252-4465
Fax: (302) 252-4466
WolfL@ballardspahr.com

Jonathan R. Donnellan*
Andrea R. Butler*
Kristen L. Hauser*
*The Hearst Corporation*
Office of General Counsel
300 West 57th Street, 40th Floor
New York, NY 10019
Tel: (212) 649-2484
Fax: (212) 554-7000
jdonnellan@hearst.com
abutler@hearst.com
khauser@hearst.com

**Pro Hac Vice forthcoming*

*Attorneys for Defendant*
*Hearst Magazine Media, Inc.*

SO ORDERED this _____ day of __________________________, 2025.

______________________________
The Honorable Richard G. Andrews
United States District Judge