IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER STOWE, HERB MEYEROWITZ, JIM FALLOW, JAY LITTLE, MAVERICK WATSON and HEIDI FENTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEARST MAGAZINE MEDIA, INC., d/b/a BICYCLING<br><br>Defendant. | No. 1:25-cv-01128-RGA |

**DEFENDANT HEARST MAGAZINE MEDIA, INC.'S**
**MOTION TO COMPEL ARBITRATION**

Defendant Hearst Magazine Media, Inc. ("Hearst"), by counsel, respectfully moves this Court to issue an order to compel this matter to binding arbitration, pursuant to the Federal Arbitration Action, 9 U.S.C. § 3. The grounds for this motion are set forth in the accompanying memorandum filed herewith.

Pursuant to Rule 7.1.1 of this Court's Local Rules, the undersigned counsel certifies that counsel for Hearst made reasonable efforts to reach agreement with opposing counsel regarding this motion, including a verbal meet and confer. Plaintiffs do not agree to the relief requested.

Dated: November 12, 2025

Respectfully Submitted,

<u>*/s/ Lesley F. Wolf*</u>
Lesley F. Wolf

Lesley F. Wolf (No. 7348)
Emily C. Friedman (No. 7054)
*Ballard Spahr LLP*
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Tel: (302) 252-4465
Fax: (302) 252-4466
WolfL@ballardspahr.com
FriedmanE@ballardspahr.com

Jonathan R. Donnellan*
Andrea R. Butler*
Kristen L. Hauser*
*The Hearst Corporation*
Office of General Counsel
300 West 57th Street, 40th Floor
New York, NY 10019
Tel: (212) 649-2484
Fax: (212) 554-7000
jdonnellan@hearst.com
abutler@hearst.com
khauser@hearst.com

**Admitted Pro Hac Vice*

*Counsel for Defendant Hearst Magazine Media, Inc.*