**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHRISTOPHER STOWE, HERB MEYEROWITZ, JIM FALLOW, JAY LITTLE, MAVERICK WATSON, and HEIDI FENTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEARST MAGAZINE MEDIA, INC., d/b/a BICYCLING<br><br>Defendant. | C.A. No.: 25-1128-RGA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Having considered Plaintiffs' Unopposed Motion for Leave to File Sur-Reply in Opposition to Defendant's Motion to Compel Arbitration (the "Motion"), and the papers submitted in connection therewith,

IT IS HEREBY ORDERED, this 14th day of January, 2026 that the Motion is GRANTED.

Plaintiffs are granted leave to file their proposed Sur-Reply, substantially in the form attached as Exhibit 1 to the Motion.

/s/ Richard G. Andrews
HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE